IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KENNETH CALVIN PAGE                                                                                   PLAINTIFF

v.                                              Case No. 1:22-cv-1009

RYAN PHILLIPS, Deputy Prosecuting
Attorney; JESSICA YARBROUGH, Public
Defender; LEROY MARTIN, Investigator; and
DAVID TALLEY, JR., Judge                                                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed February 15, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 6). Judge Bryant conducted a preservice screening of Plaintiff's complaint and now recommends that the Court dismiss some of Plaintiff's claims pursuant to 28 U.S.C. § 1915A.

Plaintiff has not filed objections to the Report and Recommendation and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation (ECF No. 6) *in toto*. Plaintiff's claims against Defendants Phillips, Yarbrough, and Talley are **DISMISSED WITH PREJUDICE**. Plaintiff's official capacity claims against Defendant Martin are **DISMISSED WITH PREJUDICE**. Defendant's individual capacity claim against Defendant Martin for wrongful arrest will remain for service.

**IT IS SO ORDERED**, this 7th day of March, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge