IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KENNETH CALVIN PAGE                                                                 PLAINTIFF

v.                                     Case No. 1:22-cv-01009

LEROY MARTIN                                                                        DEFENDANT

**ORDER**

This is a civil rights action filed *pro* se by Plaintiff Kenneth Calvin Page under 42 U.S.C. § 1983. Before the Court is a Joint Stipulation for Dismissal with Prejudice. (ECF No. 25).

In their Joint Stipulation, the parties stipulate that this case should be dismissed with prejudice. An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Caselaw concerning stipulated dismissals under Fed. R. Civ. P. 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). The instant stipulation of dismissal is signed by Plaintiff and Defendant.[1] Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** this 4th day of April, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] Plaintiff's claims against Defendant were effectively dismissed when the parties filed the instant stipulation. However, this Order issues for purposes of maintaining the docket.